IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No.  MDL 875 |
| RENO v. A.C. AND S., INC. et al | E.D. PA Case No. 11-CV-67724<br><br>*Trans. from WI - WesternCase No.* 11-668 |

**Plaintiff's Status Report Regarding the Rule to Show Cause 12/11/2013**

Pursuant to this court's November 18, 2013, order, plaintiff submits the following status report:

1. There are no remaining viable defendants in this case. This case should be **dismissed**.


Dated: December 11, 2013

/S/ Michael P. Cascino
Attorneys for Plaintiffs

Michael P. Cascino
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
Phone: (312) 944-0600
Email: mcascino@cvlo.com
Email: ecf.cvlo@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No.  MDL 875 |
| RENO v. A.C. AND S., INC. et al | E.D. PA Case No. 11-CV-67724<br><br>*Trans. from WI - WesternCase No.* 11-668 |

### Certificate of Service

I hereby certify that on, December 11, 2013 I caused *Plaintiff's Status Report Regarding the Rule to Show Cause 12/11/2013 to* be electronically filed with the United States District Court for the Eastern District of Pennsylvania using the CM/ECF system which will automatically send all necessary notifications of this filing to CM/ECF participants in this case.


Dated: December 11, 2013

/S/ Michael P. Cascino
Attorneys for Plaintiffs

Michael P. Cascino
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
Phone: (312) 944-0600
Email: mcascino@cvlo.com
Email: ecf.cvlo@gmail.com